# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0516 | E 2465751 | BRADLEY KOESTER | 962 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 05/15/2025 | 18 USC 1701 |

**Place of Offense:** USPS - COLUMBUS P&DC, 2323 CITYGATE DR, COLUMBUS, OH 43218

**Offense Description. Factual Basis for Charge** HAZMAT ☐

POSTAL EMPLOYEE ROBERT WIGTON KNOWINGLY & WILLFULLY OBSTRUCTED THE PASSAGE OF US MAIL BY OPENING & REMOVING CONTENTS.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WIGTON | ROBERT | E. |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | | | | | |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBD
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **MAY 15**, 20**25** while exercising my duties as a law enforcement officer in the **SOUTHERN** District of **OHIO**

SEE ATTACHED PC STATEMENT.

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/10/2025** [signature] #962
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident